■ In the Matter of the Claim of JANET L. ROTH, Appellant. HART ASSOCIATES OF SPRINGVILLE INC., Respondent; COMMISSIONER OF LABOR, Respondent. [18 NYS3d 895]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 17, 2014, which ruled that claimant was disqualified from

receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.